EN:AH
F#2011R00508

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

**12** ̈ ̄ **678**

------------------------------X

UNITED STATES OF AMERICA

    - against -

ARKADY SULEYMANOV,

            Defendant.

------------------------------X

AFFIDAVIT IN SUPPORT
OF ARREST WARRANT

(18 U.S.C. §§ 1341 and 2)

EASTERN DISTRICT OF NEW YORK, SS:

      JOHN F. PENZA, being duly sworn, deposes and says that he is a Special Agent with the Federal Bureau of Investigation (the "FBI") duly appointed according to law and acting as such.

      In or about and between November 9, 2011 and January 31, 2012, both dates being approximate and inclusive, within the Eastern District of New York and elsewhere, the defendant ARKADY SULEYMANOV, together with others, did knowingly and intentionally devise a scheme and artifice to defraud Allstate Property and Casualty Insurance Company ("Allstate"), and to obtain money, to wit: insurance proceeds, from Allstate, by means of materially false and fraudulent pretenses, representations and promises, and for the purpose of executing such scheme and artifice and attempting to do so, did place and cause to be placed in a post office and authorized depository for mail matter, and did take and receive therefrom, one or more matters and things to be sent

1

and delivered by the United States Postal Service, to wit:
letters from Allstate addressed to SULEYMANOV mailed on or about
the following dates: (a) November 17, 2011; (b) November 18,
2011; (c) December 5, 2011; (d) January 3, 2012; (e) January 6,
2012; (f) January 16, 2012; and (g) January 31, 2012.

(Title 18, United States Code, Sections 1341 and 2)

The source of your deponent's information and the
grounds for his belief are as follows:

1.    I have been a Special Agent with the FBI since
2001 and am currently assigned to the Eurasian organized crime
squad.  Since joining the FBI, I have been involved in numerous
investigations and prosecutions involving various types of fraud,
including bank fraud, wire fraud and mail fraud.  In the course
of those and other investigations, I have conducted physical
surveillance, supervised and participated in undercover
transactions, executed search warrants, debriefed confidential
sources, reviewed financial and other records, and secured other
relevant information using other investigative techniques.

2.    I have personally participated in the
investigation of the offense discussed below.  I am familiar with
the facts and circumstances of this investigation from, among
other things: (a) my personal participation; (b) reports made to
me by other law enforcement agents; and (c) my review of
information provided by insurance companies.

2

3.    Except as explicitly set forth below, I have not
distinguished in this affidavit between facts of which I have
personal knowledge and facts of which I have hearsay knowledge.
Because this affidavit is being submitted for the limited purpose
of establishing probable cause for the arrest of the above-
specified defendant, I have not set forth each and every fact
learned during the course of this investigation.  Instead, I have
set forth only those facts which I believe are necessary to
establish probable cause for the warrant sought herein.

4.    On or about November 9, 2011, the Fire Department
of the City of New York ("FDNY") responded to a vehicle fire
located on 43rd street in Brooklyn, New York.  The FDNY
extinguished the fire but the vehicle was significantly damaged.
The vehicle was a 2007 Maserati bearing Vehicle Identification
Number ("VIN") ZAMCE39A270028691.  Law enforcement officers
recovered New York State Insurance Identification Cards
("Insurance Cards") from the Maserati.  The Insurance Cards
indicate that on or about November 3, 2010, Allstate issued a
policy to ARKADY SULEYMANOV applicable to a 2007 Maserati bearing
VIN ZAMCE39A270028691.  Allstate records indicate that the policy
was effective through May 3, 2012.

5.    On or about November 13, 2011, the New York City
Police Department ("NYPD") arranged to have the Maserati towed

3

from the location on 43rd Street in Brooklyn where it had been discovered four days earlier.

6. Allstate records indicate that SULEYMANOV notified Allstate of the theft by telephone on November 16, 2011.

7. On or about November 17, 2011, Allstate sent a letter to SULEYMANOV via the United States Postal Service indicating that Allstate had begun processing the auto theft claim associated with the Maserati and requesting additional information.

8. On or about November 28, 2011, Allstate received a notarized Affidavit of Vehicle Theft by facsimile ("Affidavit"). The Affidavit was signed by SULEYMANOV, who identified himself on the Affidavit as the policyholder of an Allstate vehicle insurance policy on a 2007 Maserati bearing VIN ZAMCE39A270028691. In the Affidavit, SULEYMANOV states that he last saw the vehicle on November 14, 2011 at 7 p.m. when he personally left the Maserati parked at 108th Street and 65th Road in Queens. SULEYMANOV further states that he, along with his "son," discovered that the Maserati had been stolen on November 15, 2011 at 10 a.m. Finally, SULEYMANOV states that he reported the theft to the police on November 15, 2011 by calling "911." Records from the NYPD reflect that an individual identified as "Arcady" called to report a vehicle theft at approximately 10:22 a.m. and 10:32 a.m. on November 15, 2011.

9. In a recorded telephone interview conducted by Allstate on or about December 13, 2011 between a person who identified himself as "Arkady Suleymanov" and an Allstate representative, "Suleymanov" stated the following:

a. He was born on August 30, 1955, is married to Tamara Suleymanov, and has two sons, Roman Suleymanov who resides in Queens, New York and Mark Suleymanov who resides in Glen Cove, New York.

b. On November 14, 2011, he arrived at his home on Atlantic Avenue in Staten Island, New York at approximately 6 p.m. He then took his Maserati out of the garage and drove to Forest Hills, Queens, to visit his sister.

c. At approximately 7 or 7:15 p.m., he arrived at his sister's home, where he parked his car, and stayed for approximately forty minutes. His son Roman picked him up from his sister's house and they drove together to his son Mark's house in Glen Cove, New York, where he spent the night.

d. On the morning of November 15, 2011, his son Mark drove him back to Forest Hills, to the location in which he parked his Maserati. At that time, he discovered that the Maserati had been stolen.[1]

---

[1] Law enforcement agents who have listened to the recorded interview and who have also spoken to ARKADY SULEYMANOV believe that the individual who identified himself as "Arkady Suleymanov" during the recorded interview may not, in fact, be SULEYMANOV, because the individual sounds younger and appears to speak English

5

10.    On or about November 18, 2011, December 5, 2011, January 3, 2012, January 6, 2012, January 16, 2012 and January 31, 2012, Allstate sent letters to SULEYMANOV via the United States Postal Service updating SULEYMANOV on the status of the auto theft claim associated with the Maserati.

WHEREFORE, your affiant respectfully requests that an arrest warrant be issued for ARKADY SULEYMANOV.  Furthermore, your affiant respectfully requests that this affidavit and the accompanying arrest warrant be issued under seal until further order of this Court to prevent the destruction and/or concealment of evidence and the flight of the target.

John F. Penza
Special Agent
Federal Bureau of Investigation

Sworn to before me this
_____ day of July, 2012

U
E.

more proficiently than does SULEYMANOV.

6